IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATEVILLE DIVISION
5:18-cv-00196-MR

| | |
|---|---|
| MICHAEL ODELL FAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| BERRY STEVENS ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

This matter is before the undersigned following the Order of the District Court granting Defendant's Request for a Judicial Settlement Conference. Doc. 75.

A judicial settlement conference has been set for **Friday, February 19, 2021** beginning at 1:00 p.m.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from Central Prison, Plaintiff's present place of incarceration. Central Prison shall ensure that the necessary accommodations are made to allow Plaintiff to participate in the settlement conference.

Defendant and his counsel may participate in the conference from any location they deem appropriate, provided that Defendant and his counsel

participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendant, to the extent Defendant himself does not have such authority. Any such person shall also participate using the same conference line as Defendant and his counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later than February 12, 2021 or be subject to summary denial.

The Clerk is respectfully instructed to certify a copy of this Order to Captain Michelle Hartley at Central Prison.

It is so ordered.

Signed: February 8, 2021

W. Carleton Metcalf
United States Magistrate Judge

2

Case 5:18-cv-00196-MR   Document 76   Filed 02/08/21   Page 2 of 2